

# Fourth Court of Appeals
## San Antonio, Texas

March 21, 2018

No. 04-17-00731-CV

**IN RE** Sam **LAJZEROWICZ**

Original Mandamus Proceeding[1]

## O R D E R

Sitting:        Sandee Bryan Marion, Chief Justice
                  Karen Angelini, Justice
                  Irene Rios, Justice

The Relator's Second Motion for Extension of Time to File Motion for Enbanc Reconsideration of Denial of Reconsideration (Rehearing) of Supplemented Petition for Writ of Mandamus is hereby GRANTED.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2015-CI-20292, styled *Sam Lajzerowicz v. Estelita O'Campo Lajzerowicz*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Stephani A. Walsh presiding.